[No. 33346-9-III. Division Three. November 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP JOHN MOTYKA, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 14-1-01113-3, Vic L. VanderSchoor, J., entered May 20, 2015. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Lawrence-Berrey, J., concurred in by Fearing, C.J., and Korsmo, J.

[No. 33959-9-III. Division Three. November 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD TODD LUDVIK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-03210-1, Harold D. Clarke III, J., entered November 24, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.

[No. 73345-1-I. Division One. November 21, 2016.]

ALEKSANDRA MILUTINOVIC, *Appellant*, v. CHRISTOPHER OLIN MORITZ, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-3-00986-4, Judith H. Ramseyer, J., entered March 13, 2015. *Affirmed in part, reversed in part*, and *remanded* by unpublished opinion per Schindler, J., concurred in by Becker and Dwyer, JJ.